**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00417-CV

### KURT W. THOMPSON AND KAY ALYSON THOMPSON, Appellants

### V.

### FLORIDA WOOD TREATERS, INC., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14993**

## ORDER

We **GRANT** appellants' November 23, 2015 unopposed motion for extension of time to

file reply brief and **ORDER** the brief be filed no later than December 16, 2015.

/s/     CRAIG STODDART
        JUSTICE